UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-7962-VBF (KK) | Date | February 17, 2015 |
|---|---|---|---|
| Title | Fernando Miguel Rodriguez v. Los Angeles County Jail Medical Staff | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:** **(In Chambers) Order to File Amended Complaint or Have This Case Dismissed for Failure to Prosecute and to Obey Court Orders**

On October 21, 2014, Plaintiff Fernando Miguel Rodriguez, who is at liberty and proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint ("Complaint") against the Los Angeles County Jail Medical Staff, alleging the staff was deliberately indifferent to Plaintiff's medical needs when he was in Los Angeles County Jail. On January 9, 2015, the Court dismissed the Complaint because service could not be executed "without additional information identifying the defendant." ECF No. 18 at 2.

In its Order dismissing the Complaint, the Court granted Plaintiff until January 30, 2015, to file a First Amended Complaint ("FAC") that "cured[d] the deficiencies" in the original Complaint. Id. at 5. That date has passed, but Plaintiff has still not filed a FAC. The Court hereby warns Plaintiff that if he does not file a FAC by **February 25, 2015**, the Court will recommend dismissing this action with prejudice for failure to prosecute and to obey court orders, pursuant to Federal Rule of Civil Procedure 41(b).