# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO MIGUEL RODRIGUEZ, <br><br> Plaintiff, <br> v. <br> LOS ANGELES COUNTY JAIL MCJ MEDICAL STAFF, official capacity, <br><br> Defendant. | Case No. CV 14-07962-VBF (KK) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Action For Failure to Prosecute, final judgment is hereby entered in favor of the defendant and against plaintiff Fernando Miguel Rodriguez.

Dated: April 14, 2015

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
Senior United States District Judge